STATE OF CONNECTICUT *v.* VANCE JOHNSON

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 476 (AC 18431), is denied.

*Robert G. Golger*, in support of the petition.

*Ellen A. Jawitz*, assistant state's attorney, in opposition.

Decided June 30, 1999

CATHERINE Y. CLOSE *v.* MICHAEL L. CLOSE ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 19428) is denied.

*Donald J. Bowers,* in support of the petition.

*Philip M. French*, in opposition.

Decided June 30, 1999